| 39 | 85 |
| 39 | 156 |

THE STATE OF KANSAS, *on the relation of J. H. Borders,* v. THE BOARD OF COMMISSIONERS OF HAMILTON COUNTY *et al.*

COUNTY TREASURER—*Possession of Office*—*Quo Warranto.* Where a person who is eligible to the office is duly elected and qualified as county treasurer, he is entitled, in an action in *quo warranto*, to recover the possession of the office.

*Original Proceedings in Mandamus.*

PETITION for a writ of *mandamus*, filed in this court on November 9, 1886, by *The State*, on the relation of J. H. Borders, against Lewis C. Swink, W. H. D. Shockey, and T. J. Barton, as members of *The Board of Commissioners* of Hamilton county, and Thomas H. Ford, county clerk thereof. The relator, Borders, claiming that, at the general election held in said county on November 2, 1886, he—and not J. H. Bentley, whom the county board had declared elected—was chosen county treasurer thereof, brought this action to compel

the county board to canvass the returns from Coomes precinct. On December 6, 1886, the county board and county clerk made their return to the alternative writ herein, and on the next day filed their answer to the petition. J. H. Bentley as a defendant filed his answer disputing the claim of J. H. Borders that he was elected county treasurer, and asserting that he (Bentley) was duly elected and entitled to said office.

On February 11, 1888, this cause came on for decision, and thereupon it was considered as an action in the nature of *quo warranto* between J. H. Borders as plaintiff, and J. H. Bentley as defendant, and the petition was considered amended so as to make J. H. Borders plaintiff in the place of *The State* on his relation.

*Waters, Chase & Tillotson, Milton Brown, J. M. Johnson,* and *J. J. Milliken,* for relator.

*L. J. Webb, C. N. Sterry,* and *E. A. Austin,* for defendants; *McKinlay & Higgins,* for defendant J. H. Bentley.

*Per Curiam:* It is ordered and adjudged that this cause be dismissed as to the defendant — the board of county commissioners of Hamilton county; that J. H. Borders is the duly-elected treasurer of Hamilton county, and is entitled to said office; and that judgment be entered for the plaintiff J. H. Borders and against the defendant J. H. Bentley for the possession of said office of treasurer of Hamilton county, together with the books, papers, property and things of whatsoever kind belonging thereto. It is further ordered, that the defendant J. H. Bentley pay the costs of this case, taxed at $——; and hereof let execution issue.